Rice v. Rice.

---

No. 22,994.

Roxana E. Rice *et al., Appellees,* v. M. E. Rice, *Appellant.*

Appeal from Douglas district court; Charles A. Smart, judge. Opinion on rehearing filed December 10, 1921. Former judgment modified. (For original opinion see 109 Kan. 432.)

*George K. Melvin,* and *R. E. Melvin,* both of Lawrence, for the appellant.
*S. D. Bishop,* and *Mina P. Dias,* both of Lawrence, for the appellees.

Per Curiam: A rehearing has been had upon the question of the allowance of interest to M. E. Rice, the son, on account of payments advanced by him as trustee. It is the opinion of the court that he is entitled to recover six per cent interest on the purchase price of the vacant lot which has become a part of the residence property in Lawrence, and six per cent interest on the balance of the advancements from the date of the commencement of the action, and that the judgment should be modified in this respect.

With these modifications the former ruling is adhered to.